# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-MJ-00170-SAB |
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT AND ARREST WARRANTS |
| LUIS MAURICIO CASTENON | |
| Defendant, | |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: **November 4, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant

1