1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00309-ADA-DAM |
| --- | --- |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| LUIS MAURICIO CASTENON, | |
| Defendant. | CURRENT DATE: February 8, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

17                                **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and LUIS MAURICIO

19  CASTENON, by and through defendant's counsel of record, E. MARSHALL HODGKINS, hereby

20  stipulate as follows:

21     1.   By previous order, this matter was set for status on February 8, 2023.

22     2.   By this stipulation, defendant now moves to continue the status conference until April 26,

23  2023, and to exclude time between February 8, 2023, and April 26, 2023, under 18 U.S.C.§

24  3161(h)(7)(A), B(iv) [Local Code T4].

25     3.   While the parties anticipate that the case may resolve without a trial, this is not yet a

26  certainty. If defendant ultimately does not enter a guilty plea and decides to proceed to trial, the parties

27  agree and stipulate, and request that the Court find the following:

28         a)   The government asserts the initial discovery in this matter has been provided to

STIPULATION FOR PROTECTIVE ORDER                     1

counsel. The government is aware of its ongoing discovery obligations.

      b)      The government is amendable to providing a plea offer if defendant makes such a request.

      c)      Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 8, 2023 to April 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

///

///

///

STIPULATION FOR PROTECTIVE ORDER     2

///

must commence. IT IS SO STIPULATED.


DATED:   February 1, 2023          PHILLIP A. TALBERT
                                   United States Attorney

                                   By: /s/ *Jessica A. Massey*
                                   JESSICA A. MASSEY
                                   Assistant U.S. Attorney


DATED:   February 1, 2023          By: /s/ E. Marshall Hodgkins III
                                   E. MARSHALL HODGKINS III
                                   Attorney for Defendant
                                   LUIS MAURICIO CASTENON

## ORDER

IT IS SO ORDERED that the status conference is continued from February 8, 2023, to **April 26, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 1, 2023**             /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE