PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>LUIS MAURICIO CASTENON,<br>BRYAN STEVEN REYES,<br><br>               Defendant. | CASE NO.  1:22-CR-00309-ADA-DAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: November 8, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 8, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until February 28, 2024, and to exclude time between November 8, 2023, and February 28, 2024, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties request that the Court find the following:

a)      The government asserts the initial discovery in this matter has been provided to counsel for both defendants. Mr. Reyes received his initial discovery on November 1, 2023, after the parties agreed to a protective order. The discovery is approximately 5GB. The government is

1    aware of its ongoing discovery obligations.

2         b)      Counsel for the defendant desires additional time to consult with their clients, to

3    review the current charges, to conduct investigation and research related to the charges, to review

4    and/or copy discovery for this matter, to discuss potential resolutions with their clients, to

5    prepare pretrial motions, and to otherwise prepare for trial.

6         c)      Counsel for defendants believe that failure to grant the above-requested

7    continuance would deny them the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9         d)      The government does not object to the continuance.

10        e)      Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of November 8, 2023 to February 28,

15   2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16   T4], because it results from a continuance granted by the Court at defendant's request on the

17   basis of the Court's finding that the ends of justice served by taking such action outweigh the

18   best interest of the public and the defendant in a speedy trial.

19        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

20   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

21   must commence. IT IS SO STIPULATED.

22

23   DATED:   November 11, 2023          PHILLIP A. TALBERT
                                         United States Attorney
24
                                         By: /s/ *Arin C. Heinz*
25                                       ARIN C. HEINZ
                                         Assistant U.S. Attorney
26   ///

27   ///

28

DATED:   November 11, 2023                    By: /s/ Mark Coleman
                                              MARK COLEMAN
                                              Attorney for Defendant
                                              BRIAN STEVEN REYES

DATED: November 11, 2023                      By: /s/ Anthony Capozzi
                                              ANTHONY CAPOZZI
                                              Attorney for Defendant
                                              LUIS MAURICIO CASTENON

### ORDER

IT IS SO ORDERED that the status conference is continued from November 8, 2023, to **February 28, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 2, 2023**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE