1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:22-CR-00309-ADA-DAM

                          Plaintiff,
12
                                          STIPULATION REGARDING EXCLUDABLE
13              v.                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                          ORDER
   LUIS MAURICIO CASTENON
14
                                          CURRENT DATE: February 26, 2024.
   BRYAN STEVEN REYES,
15                                        TIME: 1:00 p.m.
                          Defendant.      COURT: Hon. Barbara A. McAuliffe
16

17

18                             **STIPULATION**

19         Plaintiff United States of America, by and through its counsel of record, and LUIS MAURICIO

20  CASTENON, by and through defendant's counsel of record, Anthony Capozzi, and BRYAN STEVEN

21  REYES, by and through defendant's counsel of record, Mark Coleman, hereby stipulate as follows:

22         1.     By previous order, this matter was set for status on February 26, 2024.

23         2.     By this stipulation, defendant now moves to continue the status conference until May 22,

24  2024 and to exclude time between February 26, 2024., and May 22, 2024, under 18 U.S.C.§

25  3161(h)(7)(A), B(iv).

26         3.     The parties agree and stipulate, and request that the Court find the following:

27         a)     The government asserts that discovery in this matter has been provided to both

28  defendant's counsel. However, Mr. Reyes only came into federal custody in October 2023, Mr.

       STIPULATION FOR PROTECTIVE ORDER                    1

1    Coleman still requires additional time to review the discovery related to Mr. Reyes and conduct

2    his own investigation. Mr. Coleman has sent subpoenas and is in the process of ongoing

3    investigation related to the discovery Mr. Coleman has reviewed. Mr. Capozzi likewise is

4    conducting ongoing investigation. The government is aware of its ongoing discovery obligations.

5         b)    The parties will engage in further discussions regarding a resolution of the case.

6    The Government has not provided a plea offer to Mr. Reyes yet and requires additional time to

7    discuss resolution of the case with Mr. Coleman. The Government requires additional time to

8    discuss the offer made to Mr. Castenon with Mr. Capozzi.

9         c)    Counsel for the defendants desire additional time to consult with their clients, to

10   review the current charges, to conduct investigation and research related to the charges, to review

11   and/or copy discovery for this matter, to discuss potential resolutions with their clients, to

12   prepare pretrial motions, and to otherwise prepare for trial.

13        d)    Counsel believe that one more status conference is necessary before the parties

14   will be prepared to either set a trial date or resolve the case through changes of plea.

15        e)    Counsel for the defendants believe that failure to grant the above-requested

16   continuance would deny them the reasonable time necessary for effective preparation, taking into

17   account the exercise of due diligence.

18        f)    The government does not object to the continuance.

19        g)    Based on the above-stated findings, the ends of justice served by continuing the

20   case as requested outweigh the interest of the public and the defendant in a trial within the

21   original date prescribed by the Speedy Trial Act.

22        h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

23   et seq., within which trial must commence, the time period of February 26, 2024. to May 22,

24   2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) , because it

25   results from a continuance granted by the Court at defendant's request on the basis of the Court's

26   finding that the ends of justice served by taking such action outweigh the best interest of the

27   public and the defendant in a speedy trial.

28        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

STIPULATION FOR PROTECTIVE ORDER                        2

1  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

2  must commence. IT IS SO STIPULATED.

3

4     DATED:   February 22, 2024          PHILLIP A. TALBERT
                                          United States Attorney

5
                                          By: /s/ *Arin C. Heinz*
6                                         ARIN C. HEINZ
                                          Assistant U.S. Attorney
7

8     DATED:   February 22, 2024          By: /s/ Anthony Capozzi
                                          ANTHONY CAPOZZI
9                                         Attorney for Defendant
10                                        LUIS MAURICIO CASTENON

11

12    DATED:   February 22, 2024          By: /s/ Mark Coleman
                                          MARK COLEMAN
13                                        Attorney for Defendant
                                          BRYAN STEVEN REYES
14

15                                    **ORDER**

16        IT IS SO ORDERED that the status conference is continued from February 28, 2024, to **May 22,**

17  **2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded

18  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

19

20  IT IS SO ORDERED.

21
       Dated:   **February 22, 2024**          /s/ *Barbara A. McAuliffe*
22                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATION FOR PROTECTIVE ORDER                    3