PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS MAURICIO CASTENON <br><br> BRYAN STEVEN REYES, <br><br> Defendant. | CASE NO. 1:22-CR-00309-ADA-DAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> CURRENT DATE: August 14, 2024. <br> TIME: 1:00 p.m. <br> COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and LUIS MAURICIO CASTENON, by and through defendant's counsel of record, Anthony Capozzi, and BRYAN STEVEN REYES, by and through defendant's counsel of record, Mark Coleman, hereby stipulate as follows:

1.  By previous order, this matter was set for status on August 14, 2024.

2.  By this stipulation, defendant now moves to continue the status conference until September 11, 2024 and to exclude time between August 14, 2024., and September 11, 2024, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government asserts that discovery in this matter has been provided to both defendant's counsel. However, Mr. Reyes only came into federal custody in October 2023, Mr.

Coleman is continuing to review the discovery related to Mr. Reyes and conduct his own investigation. Mr. Coleman sent subpoenas and is in the process of ongoing investigation related to the discovery Mr. Coleman has reviewed. Mr. Capozzi likewise is conducting ongoing investigation. The government is aware of its ongoing discovery obligations.

       b)        The parties are engaging in further discussions regarding a resolution of the case. The Government provided revised plea offers to both defendants on August 2, 2024, and their counsel requires additional time to discuss the plea offers with their clients.

       c)        In addition, Mr. Capozzi has been in three jury trials since April of this year. He requires additional time to discuss the revised plea with his client and conduct his own investigation.

       d)        Counsel for the defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

       e)        Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       f)        The government does not object to the continuance.

       g)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       h)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14, 2024. to September 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) , because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. IT IS SO STIPULATED.

|  |  |
|---|---|
| DATED:  August 1, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By: /s/ *Arin C. Heinz*<br>ARIN C. HEINZ<br>Assistant U.S. Attorney |
| DATED:  August 1, 2024 | By: /s/ Anthony Capozzi<br>ANTHONY CAPOZZI<br>Attorney for Defendant<br>LUIS MAURICIO CASTENON |
| DATED:  August 1, 2024 | By: /s/ Mark Coleman<br>MARK COLEMAN<br>Attorney for Defendant<br>BRYAN STEVEN REYES |

### ORDER

IT IS SO ORDERED that the status conference is continued from August 14, 2024, to **September 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court will not grant further continuances, absent good cause, which will be narrowly construed, and will set a trial date at the next status conference if the case is not resolved in advance of that status hearing.

IT IS SO ORDERED.

Dated:   **August 8, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR PROTECTIVE ORDER          3