PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS MAURICIO CASTENON<br><br>BRYAN STEVEN REYES,<br><br>Defendant. | CASE NO. 1:22-CR-00309-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>CURRENT DATE: September 11, 2024.<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and LUIS MAURICIO CASTENON, by and through defendant's counsel of record, Anthony Capozzi, and BRYAN STEVEN REYES, by and through defendant's counsel of record, Mark Coleman, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 11, 2024.

2. By this stipulation, defendant now moves to continue the status conference until December 11, 2024 and to exclude time between September 11, 2024., and December 11, 2024, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties acknowledge the Court's directive to further continuances will be narrowly construed and ask the Court to consider the following good cause:

   a) During the week of August 8, 2024, the Government learned new, derogatory information about one of the material witnesses in the case. The Government disclosed this

information to the defense counsel and is conducting an ongoing investigation into the information.

      b)      The Government believes it is necessary to fully investigate this material witness and disclose any further information to the defense. The Government further believes that this information may result in revised plea agreements being sent to the defendants. Because the investigation is ongoing, the parties require additional time to complete the investigation and engage in further discussions regarding a resolution of the case.

      c)      The parties believe in light of this information, setting the case for trial would be premature until the parties are able to fully assess the situation.

      d)      Counsel for the defendants desire additional time to discuss the new information with their clients, to review the current charges, to conduct their own investigation into the information, and to discuss potential revised resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

      e)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The government does not object to the continuance.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 11, 2024. to December 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) , because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence. IT IS SO STIPULATED.

| | |
|---|---|
| DATED: September 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By: /s/ *Arin C. Heinz*<br>ARIN C. HEINZ<br>Assistant U.S. Attorney |
| DATED: September 4, 2024 | By: /s/ Anthony Capozzi<br>ANTHONY CAPOZZI<br>Attorney for Defendant<br>LUIS MAURICIO CASTENON |
| DATED: September 4, 2024 | By: /s/ Mark Coleman<br>MARK COLEMAN<br>Attorney for Defendant<br>BRYAN STEVEN REYES |

### ORDER

IT IS SO ORDERED that the status conference is continued from September 11, 2024, to **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: **September 5, 2024**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE