MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00309-NODJ-BAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| LUIS MAURICIO CASTENON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and LUIS MAURICIO CASTENON, by and through defendant's counsel of record, Tony Capozzi, hereby stipulate as follows:

1. By previous order, this matter was set for a trial on July 15, 2025, and trial confirmation hearing on June 30,2025. Dkt. 79.

2. The parties have reached a plea agreement in this case to an information. Dkt. 81,82. The parties therefore request to vacate the trial and trial confirmation hearing date and schedule a change of plea on April 21,2025.

3. Time was previously excluded until the trial date pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). Therefore, no additional time exclusion is necessary.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: March 18, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: March 18, 2025

/s/ ANTHONY CAPOZZI
Anthony Capozzi
Counsel for Defendant

## **ORDER**

IT IS SO ORDERED that the jury trial set for July 15, 2025 and trial confirmation set for June 30, 2025 are vacated. A change of plea hearing is set for **April 21, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **March 19, 2025**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE