ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
LUIS MAURICIO CASTENON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> Plaintiff, <br><br> v. <br><br> LUIS MAURICIO CASTENON <br><br> Defendant. | CASE NO.: 1:22-CR-00309-TLN-BAM <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE OF AUGUST 25, 2025.** |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Luis Mauricio Castenon by and through his Attorney, Anthony P. Capozzi and the Assistant United States Attorney herein stipulates to continue the sentencing date of August 25, 2025. Said request is bases upon the Declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi declare:

1. This attorney has represented Luis Mauricio Castenon throughout the above-entitled case.

2. The defendant entered into a plea agreement on March 13, 2025, and by previous order, this matter was set for sentencing on August 25, 2025.

3. Due to the unavailability of this attorney, it is requested that the sentencing date of August 25, 2025, be continued to September 22, 2025.

4. The Assistant United States Attorney, Arin C. Heinz does not oppose this request.

I declare under penalty and perjury under the laws of the State of California that the Foregoing is true and correct.

Executed on 18th day of August 2025, at Fresno, California

Respectfully submitted.

By: /s/ *Anthony P. Capozzi*
ANTHONY P. CAPOZZI, Attorney for Luis Mauricio Castenon

IT SO STIPULATED.

Dated: August 18, 2025,        ERIC GRANT
United States Attorney

By: /s/ *Arin C. Heinz*

ARIN C. HEINZ        Assistant United States Attorney

**ORDER**

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of August 25, 2025, be continued to September 22, 2025, at 9:30 a.m., in Courtroom 5.

**IT IS SO ORDERED.**

Dated: August 19, 2025

_____
Troy L. Nunley
Chief United States District Judge